UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALI MUHAMMAD,

                              Plaintiff,                    9:24-cv-872 (BKS/MJK)

v.

DEPUTY JAYUAN WILLIS,
DEPUTY DEMKO, DEPUTY
CULLEN and DEPUTY JESSE
MORNS,

                              Defendants.

**Appearances:**

*Plaintiff pro se:*
Ali Muhammad
18-B-2592
Five Points Correctional Facility
Caller Box 119
Romulus, NY 14541

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff Ali Muhammad brought this action pro se asserting claims under 42 U.S.C. § 1983 arising out of his detention at the Onondaga County Justice Center. (Dkt. No. 1, 8). On January 6, 2025, the Court issued an order reviewing the operative amended complaint pursuant to 28 U.S.C. § 1915A. (Dkt. No. 9) The Court ruled that Plaintiff's Eighth Amendment conditions-of-confinement claim against Defendants Willis, Demko, Cullen, and Morns survived its review, and dismissed the remaining claims without prejudice for failure to state a claim. (*Id.,* at 14). On March 11, 2025, Defendants moved to dismiss the amended complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. (Dkt. No. 18). Plaintiff opposed the

motion, (Dkt. No. 21), and Defendants filed a reply. (Dkt. No. 22). This matter was assigned to United States Magistrate Judge Mitchell J. Katz, who on October 28, 2025 issued a Report-Recommendation, recommending that Defendants' motion be granted and that the amended complaint be dismissed. (Dkt. No. 26). Magistrate Judge Katz informed the parties that they had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 16). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. The Court agrees with Magistrate Judge Katz's determination that the amended complaint fails to plausibly allege that Defendants Willis, Demko and Cullen were personally involved in the alleged constitutional violation, and fails to plausibly allege that Defendant Morris acted with deliberate indifference. (Dkt. No. 26, at 9-12). The Court finds no clear error in that determination and for that reason adopts the recommendation in the Report-Recommendation.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Katz's recommendation (Dkt. No. 26) to dismiss the amended complaint is **ADOPTED** for the reasons set forth above; and it is further

**ORDERED** that that Defendants' Motion to Dismiss (Dkt. 18) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint (Dkt. No. 8) is **DISMISSED**; and it is further

**ORDERED** that the Clerk shall enter judgment and close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: <u>January 7, 2026</u>
       Syracuse, New York

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge